```
 1  THOMAS P. O'BRIEN                                    JS - 6
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  MICHELE C. MARCHAND
    Assistant United States Attorney
 6  California Bar No. 93390
    Asset Forfeiture Section
 7       U.S. Courthouse, 14th Floor
         312 N. Spring Street
 8       Los Angeles, CA 90012
         Telephone: (213)894-2727
 9       Facsimile: (213)894-7177
         E-Mail: Michele.Marchand@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. EDCV 07-536-VAP(JCRx) |
|---|---|---|
| Plaintiff, | ) | **JUDGMENT OF FORFEITURE OF REAL PROPERTY** |
| v. | ) | |
| REAL PROPERTY LOCATED IN FONTANA, CALIFORNIA (E. RUANO), | ) | Date: July 14, 2008<br>Time: 10:00 a.m.<br>Before the Honorable Virginia A. Phillips, United States District Judge |
| Defendant. | ) | |
| ERIC RUANO, MARIA RUANO, and COUNTRYWIDE HOME LOANS, | ) | |
| Claimants. | ) | |

Plaintiff's Motion for Summary Judgment having been noticed for hearing on July 14, 2008 before the Honorable Virginia A. Phillips, United States District Judge, and no opposition having been filed by claimants, the matter was taken under submission, the Court having considered the pleadings, and evidence

1  presented,

2      IT IS HEREBY ORDERED, that plaintiff's Motion for Summary
3  Judgment is granted and judgment is hereby entered for plaintiff.
4      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right,
5  title, and interest of claimants Eric Ruano and Maria Ruano, and
6  all other potential claimants except lienholder Countrywide Home
7  Loans, in and to the defendant property located at 15076 Holly
8  Drive, Fontana, California, more particularly described as:

9          LOT 1 OF TRACT NO. 15735, COUNTY OF SAN BERNARDINO,
10         STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 265,
11         PAGES 17 AND 18 OF MAPS, IN THE OFFICE OF THE COUNTY
12         RECORDER OF SAID COUNTY.

13 are condemned and forfeited to the United States of America, and
14 shall be disposed of in accordance with law.

15 DATED: July 15, 2008

16

17                 HONORABLE VIRGINIA A. PHILLIPS
                  UNITED STATES DISTRICT JUDGE

18 PRESENTED BY:

19 THOMAS P. O'BRIEN
   United States Attorney
20 CHRISTINE C. EWELL
   Assistant United States Attorney
21 Chief, Criminal Division
   STEVEN R. WELK
22 Assistant United States Attorney
   Chief, Asset Forfeiture Section
23

24 _____
   MICHELE C. MARCHAND
25 Assistant United States Attorney

26 Attorneys for Plaintiff
   United States of America
27

28